UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LILLIAN THERESA DAVIS )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ANDREW SAUL, Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT**<br><br>No. 4:19-CV-124-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees and defendant's stipulation for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 2, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $3,100.00.

**This Judgment Filed and Entered on September 2, 2020, and Copies To:**
Jonathan Howell Winstead (via CM/ECF Notice of Electronic Filing
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

September 2, 2020    PETER A. MOORE, JR., CLERK

              /s/ Sandra K. Collins
              (By) Sandra K. Collins, Deputy Clerk